## Commonwealth *v.* Rambeau, Appellant.

 Submitted June 14, 1971. *Peter L. Rambeau,* appellant, in propria persona; *Joseph E. Erb,* Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.